UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No.: 9:21-cv-80148-DMM

Matthew Carango and Fred Heidarpour, *on their own behalf and on behalf of all others similarly situated*,
      Plaintiff,

v.

The Altitude Group, LLC d/b/a Core Home Security, LLC, *a Florida limited liability company*,
      Defendant.

_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Steven L. Woodrow of the law firm of Woodrow & Peluso, LLC, 3900 E. Mexico Ave., Suite 300, Denver, CO 80210, Tel: (720) 213-0675, for purposes of appearance as co-counsel on behalf of Plaintiffs Matthew Carango and Fred Heidarpour in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Steven L. Woodrow to receive electronic filings in this case, and in support thereof states as follows:

    1.    Steven L. Woodrow is not admitted to practice in the Southern District of Florida and is a member in good standing of the following courts:

- State of Colorado
- State of Illinois
- United States Court of Appeals for the Ninth Circuit
- United States Court of Appeals for the Seventh Circuit
- United States District Court for the District of Colorado

- United States District Court for the Northern District of Illinois
- United States District Court for the Eastern District of Michigan
- United States District Court for the Western District of Michigan
- United States District Court for the District of New Mexico
- United States District Court for the Western District of Wisconsin
- United States District Court for the Southern District of Illinois

2. Movant, Ryan S. Shipp, Esquire, of the law firm of Law Office of Ryan S. Shipp, 814 W. Lantana Road, Suite 1, Lantana, FL 33462, Tel: (561) 699-0399, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Steven L. Woodrow has made payment of this Court's $ 200 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Steven L. Woodrow, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Steven L. Woodrow at email address: swoodrow@woodrowpeluso.com.

WHEREFORE, Ryan S. Shipp, moves this Court to enter an Order for Steven L. Woodrow, to appear before this Court on behalf of Plaintiffs Matthew Carango and Fred Heidarpour, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Steven L. Woodrow.

Date: February 1, 2021          Respectfully submitted,

                                 /s/ Ryan S. Shipp

Ryan Scott Shipp
Florida Bar No. 52883
ryan@shipplawoffice.com
Law Office of Ryan S. Shipp
814 Lantana Rd., Suite 1
Lantana, FL 33462
Tel: (561) 699-0399

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 9:21-cv-80148-DMM

Matthew Carango and Fred Heidarpour, *on their own behalf and on behalf of all others similarly situated*,

    Plaintiff,

v.

The Altitude Group, LLC d/b/a Core Home Security, LLC, *a Florida limited liability company*,

    Defendant.

_____/

**CERTIFICATION OF STEVEN L. WOODROW**

Steven L. Woodrow, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of numerous courts, including the States of Colorado and Illinois; and (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

                                                                                      /s/ Steven L. Woodrow
                                                                                         Steven L. Woodrow