AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Matthew Carango and Fred Heidarpour, on their own behalf and on behalf of all others similarly situated,<br><br>*Plaintiff(s)*<br>v.<br><br>The Altitude Group, LLC d/b/a Core Home Security, LLC, a Florida Limited Liability Company,<br><br>*Defendant(s)* | Civil Action No. 9:21-cv-80148-DMM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  The Altitude Group, LLC d/b/a Core Home Security
949 A Clint Moore Rd
Boca Raton, Florida 33487

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Patrick H. Peluso
Woodrow & Peluso LLC
3900 E Mexico Avenue, Suite 300
Denver, CO 80210
720-213-0676
Email: ppeluso@woodrowpeluso.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

SUMMONS

Date: Feb 24, 2021

s/ P. Curtis
Deputy Clerk
U.S. District Courts