UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| Matthew Carango and Fred Heidarpour, *on their own behalf and on behalf of all others similarly situated*,<br><br>          Plaintiffs,<br>     v.<br><br>The Altitude Group, LLC d/b/a Core Home Security, LLC, *a Florida Limited Liability Company*,<br><br>          Defendant. | Civil Action No.: 9:21-cv-80148-DMM<br><br>**MOTION FOR EXTENSION OF ALL PRETRIAL DEADLINES AND REQUEST TO VACATE TRIAL DATE**<br><br>**JURY TRIAL DEMANDED** |

Plaintiffs Matthew Carango and Fred Heidarpour ("Plaintiffs") respectfully request that the Court issue an Order extending all pretrial deadlines and vacating the trial date. In support of the instant motion, Plaintiffs state as follows:

1. On January 25, 2021, Plaintiffs filed the instant action against Defendant The Altitude Group, LLC ("Defendant") alleging wide-scale violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.* ("TCPA" or "Act"). (Dkt. 1.)

2. On February 18, 2021, the Court issued an Order scheduling the jury trial in this case to commence on September 27, 2021, and ordering the Magistrate Judge to issue a scheduling order setting all pretrial deadlines. (Dkt. 10.)

3. On February 22, 2021, Judge Brannon issued the Pretrial Scheduling Order, which set the following deadlines:

    a. Deadline to File Discovery Plan: within 14 days of Defendant's appearance;

    b. Deadline to Amend Pleadings and Add Parties: March 22, 2021;

    c. Motion for Class Certification Due: April 5, 2021;

    d. Plaintiffs' Expert Disclosure(s): April 19, 2021;

      e.   Defendant's Expert Disclosure(s): May 17, 2021;

      f.   Witness Lists to be Exchanged: June 14, 2021;

      g.   All Discovery to be Completed: July 12, 2021;

      h.   Deadline to File Pretrial Motions: July 26, 2021;

      i.   Joint Pretrial Stipulation to be Filed: August 30, 2021;

      j.   Objections to designation of depositions Due: September 13, 2021;

      k.   Jury Instructions and Proposed Findings of Fact and Conclusions of Law: September 20, 2021; and

      l.   Mediation or Settlement Conference: 60 days prior to trial.

(Dkt. 11.)

    4.    Plaintiffs respectfully request that the Court vacate the current pretrial deadlines and trial date and reset the deadlines as set forth below. The proposed schedule is necessary given the current posture of the case and the need for precertification discovery. That is, Defendant has not yet responded to Plaintiffs' Complaint and no discovery has taken place. Here, Plaintiffs anticipate that a considerable portion of the evidence relevant to class certification is within the possession of Defendant and/or unknown third parties.

    5.    Consequently, Plaintiffs respectfully request that the Court enter a ten (10) month schedule to complete all fact and expert discovery. The first eight months will be devoted to fact discovery and the last two months will be devoted to expert discovery. The deadline to complete discovery would be December 23, 2021. Following the close of this ten month discovery period, the Parties would brief class certification. Plaintiffs' Motion for Class Certification shall be filed no later than December 31, 2021. Following a ruling on class certification the Court would hold a subsequent case management conference and establish a schedule for the remainder of the case,

including a period for any remaining merits-based discovery, and dates for summary judgment briefing, pretrial conferences, and the trial.

6. Therefore, Plaintiffs propose the following deadlines:

   a. Deadline to File Discovery Plan: within 14 days of Defendant's appearance;

   b. Deadline to Amend Pleadings and Add Parties: June 23, 2021;

   c. Motion for Class Certification Due: December 31, 2021;

   d. Plaintiffs' Expert Disclosure(s): October 22, 2021;

   e. Defendant's Expert Disclosure(s): November 12, 2021;

   f. Witness Lists to be Exchanged: TBD;

   g. All Discovery to be Completed: December 23, 2021;

   h. Deadline to File Pretrial Motions: TBD;

   i. Joint Pretrial Stipulation to be Filed: TBD;

   j. Objections to designation of depositions Due: TBD;

   k. Jury Instructions and Proposed Findings of Fact and Conclusions of Law: TBD; and

   l. Mediation or Settlement Conference: 60 days prior to trial.

   m. Trial: TBD

7. In short, an extension of the existing deadlines is necessary to enable Plaintiffs to gather the evidence necessary to present the Court with an adequate record upon which it can fairly determine whether certification is appropriate.

WHEREFORE, Plaintiffs respectfully request that the Court issue an Order extending all remaining deadlines as set forth above.

## **CERTIFICATE OF CONFERRAL**

Plaintiffs' counsel conferred with counsel for Defendant regarding the relief sought in the instant motion. Defense counsel has indicated that Defendant takes no position on the instant motion.

Dated: February 26, 2021          By: /s/ Ryan S. Shipp
                                                   One of Plaintiffs' Attorneys

Ryan S. Shipp
Florida Bar ID 52883
ryan@shipplawoffice.com
Law Office of Ryan S. Shipp, PLLC
814 Lantana Road, Suite 1
Lake Worth, Florida 3346

Steven L. Woodrow
(swoodrow@woodrowpeluso.com)*
Patrick H. Peluso
(ppeluso@woodrowpeluso.com)*
Woodrow & Peluso, LLC
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675

*admitted pro hac vice

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above titled document was served upon counsel of record by filing such papers via Court's ECF system on February 26, 2021.

/s/ Ryan S. Shipp