UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 21-80148-CV-MIDDLEBROOKS/BRANNON

MATTHEW CARANGO, et al.,
      Plaintiff(s)

vs.

THE ALTITUDE GROUP, LLC,

      Defendant(s)

_____/

**NOTICE OF STRIKING**
[Docket Entry 15]

    **PLEASE TAKE NOTICE** that the undersigned hereby files this Notice of Striking Docket Entry 15 Notice of Attorney Appearance, in the above-styled cause.

    Respectfully Submitted,

**REINER & REINER, P.A.**
*Counsel for Defendant*
9100 So. Dadeland Boulevard, Suite 901
Miami, Florida 33156-7815
Tel: (305) 670-8282; Fax: (305) 670-8989
dpr@reinerslaw.com; eservice@reinerslaw.com

    */s/ David P. Reiner, II*
By: _____
**DAVID P. REINER, II**; FBN 416400

## CERTIFICATE OF SERVICE

*I HEREBY CERTIFY that on **March 1, 2021**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.*

                                              **REINER & REINER, P.A.**
                                              9100 So. Dadeland Blvd., Suite 901
                                              Miami, Florida 33156-7815
                                              Tel: (305) 670-8282;
                                              Fax: (305) 670-8989
                                              dpr@reinerslaw.com;
                                              eservice@reinerslaw.com

                                                  **/s/ DAVID P. REINER, II**
By:_____
**DAVID P. REINER, II**; FBN 416400

REINER & REINER, P.A.
ONE DATRAN CENTER ⬥ 9100 SOUTH DADELAND BLVD ⬥ SUITE 901 ⬥ MIAMI ⬥ FLORIDA ⬥ 33156 ⬥ TEL: 305 670-8282 ⬥ FAX: 305 670-8989