UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 21-80148-CV-MIDDLEBROOKS

MATTHEW CARANGO, et al.,
*on their own behalf and on behalf
of all others similarly situated*,

     Plaintiffs,

v.

THE ALTITUDE GROUP, LLC,

     Defendant.

_____/

**ORDER CLOSING CASE**

THIS CAUSE comes before the Court upon the Parties' Joint Stipulation of Dismissal, filed on May 5, 2021. (DE 27). The Court congratulates the Parties on their amicable resolution of this matter and notes that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no Order of the Court is required to dismiss this action. Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) Plaintiffs' individual claims are **DISMISSED WITH PREJUDICE**.

(2) Plaintiffs' class claims are **DISMISSED WITHOUT PREJUDICE**.

(3) The Clerk of Court shall **CLOSE THIS CASE**.

(4) Any pending motions are **DENIED AS MOOT**.

(5) Each Party shall bear its own costs.

**SIGNED** in Chambers at West Palm Beach, Florida, this 6th day of May, 2021.

                                                Donald M. Middlebrooks
                                                United States District Judge

cc:     Counsel of Record